UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
MARIA VIRGEN MOJICA DIAZ

CASE NO. 20-00570-BKT

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

MARIA VIRGEN MOJICA DIAZ
HC71 BOX 6970
CAYEY, PR  00736-0000

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0816338 for the amount of $1,132.75.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: October 28, 2020

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

20-00570-BKT
MARIA VIRGEN MOJICA DIAZ

VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

| | |
|---|---|
| ROBERTO FIGUEROA CARRASQUILLO* | MARIA VIRGEN MOJICA DIAZ |
| PO BOX 186 | HC71 BOX 6970 |
| CAGUAS, PR 00726-0186 | CAYEY, PR 00736 |

In San Juan, Puerto Rico this Wednesday, October 28, 2020.

_____
Chapter 13 Clerk